UNITED STATES DISTRICT COURT　　　　　　　　DJGPC FILE
SOUTHERN DISTRICT OF NEW YORK　　　　　　　NO.: 1104129
----------------------------------X

DIANE MICELI,　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　CV 08-2794
　　　　　　　　Plaintiff,

　　-against-

DAVID J. GOLD, P.C., In His
Capacity as Attorney for Lincoln
Financial Services and Ashwood
Financial, Inc. and LINCOLN
FINANCIAL SERVICES AND ASHWOOD
FINANCIAL, INC.,

　　　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF
----------------------------------X　　　　　APPEARANCE


S I R (S):


　　PLEASE TAKE NOTICE that defendants by their attorney, DAVID J. GOLD, P.C., hereby appears in the above-entitled matter, and that the undersigned has been retained as attorney for defendants.

Dated:　　New York, New York
　　　　　Tuesday, April 01, 2008.

　　　　　　　　　　　　　　　　　Yours, etc.,


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID J. GOLD, P.C.
　　　　　　　　　　　　　　　　　(DG-4912)
　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　Office and P.O. Address
　　　　　　　　　　　　　　　　　116 John Street, Suite 3110
　　　　　　　　　　　　　　　　　New York, New York 10038-3411
　　　　　　　　　　　　　　　　　Tel.: (212) 962-2910
　　　　　　　　　　　　　　　　　Fax:  (212) 962-2919
　　　　　　　　　　　　　　　　　EMail: djgpcesq1@aol.com

2

```
TO:   JOHN C. GRAY, ESQ.
      South Brooklyn Legal
         Services, Inc.
      Attorneys for Plaintiff
      Office and P.O. Address
      105 Court Street
      Brooklyn, New York 11201
      Tel.: (718) 237-5500
      Fax:  (718) 855-0733
```

*AFFIDAVIT OF SERVICE*

STATE OF NEW YORK            )

COUNTY OF NEW YORK           ) ss.:

LOUISE SAUER, being duly sworn, deposes and says:

I reside in New York, New York.

I am over the age of 18 years and am not a party to the within action.

On Tuesday, April 01, 2008, I served the annexed:

*NOTICE OF APPEARANCE*

upon JOHN C. GRAY, ESQ. - SOUTH BROOKLYN LEGAL SERVICES, INC., the persons named therein as the attorneys for the named plaintiff, in the following manner:

By mailing the same in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, via regular mail, addressed to the last known address of the addressee(s) as indicated below (the address designated by said party as his/her address):

105 Court Street
New York, New York   11201

Sworn to before me this
Tuesday, April 01, 2008.

_____
NOTARY PUBLIC
DAVID J. GOLD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4872791
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 9/15/2010

_____
LOUISE SAUER

DAVID J. GOLD, P.C.

CASE NO.:        CV-08-2794
CALENDAR NO.:
DJGPC FILE NO.:  1104129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================================

DIANE MICELI,

                                                      PLAINTIFF,

            -AGAINST-

DAVID J. GOLD, P.C., IN HIS CAPACITY AS ATTORNEY FOR LINCOLN
FINANCIAL SERVICES AND ASHWOOD FINANCIAL, INC. AND LINCOLN
FINANCIAL SERVICES AND ASHWOOD FINANCIAL, INC.,

                                                    DEFENDANTS.

================================================================

                      NOTICE OF APPEARANCE

================================================================

   Pursuant TO 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

                    _____
                    DAVID J. GOLD, P.C. (DG-4912)
                       ATTORNEY FOR DEFENDANTS
                  OFFICE & P.O. ADDRESS, TELEPHONE
                     116 JOHN STREET, SUITE 3110
                     NEW YORK, NEW YORK 10038-3411
                        TEL.: (212) 962-2910
                        FAX:  (212) 962-2919
                     E-MAIL: DJGPCESQ1@AOL.COM