UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

DIANE MICELI,

              Plaintiff,

-v-

DAVID J. GOLD, P.C., *et al.*,

              Defendants.

No. 08 Civ. 2794 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of defendants' pre-motion letter, dated April 1, 2008, requesting a pre-motion conference to address their anticipated motion to dismiss. No response to this letter has been received by Chambers as of today.

    The Court shall hold a pre-motion conference in this case on **April 15, 2008** at **4:15 PM** in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007. Plaintiff's response to defendants' letter, if any, shall be submitted to and received by Chambers on or before **April 10 AT 5pm**.

SO ORDERED.

Dated:     April 8, 2008
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE