UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANE MICELI,

            Plaintiff,

-v-

DAVID J. GOLD, P.C., *et al.*,

            Defendants.

No. 08 Civ. 2794 (RJS)
<u>ORDER</u>



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

<u>RICHARD J. SULLIVAN</u>, District Judge:

At the conference on April 15, 2008, the Court adopted the following schedule:

    The parties shall confer privately regarding a possible resolution of this matter.

    The parties shall jointly submit a status letter to Chambers, on or before April 22, 2008, informing the Court of the outcome of their discussions. Provided the matter is not settled, defendants shall address in the status letter whether they wish to implead any additional defendants. Plaintiff shall address whether they wish to amend the complaint.

    The defendants' time to answer the complaint is extended to April 29, 2008.

    The parties shall submit a joint proposed Case Management Plan to the Court on or before May 9, 2008. A template plan can be accessed via the Court's website at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

SO ORDERED.

Dated:     April 15, 2008
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE