UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

DJGPC FILE
NO.: 1104129

DIANE MICELI,

              Plaintiff,

     -against-

Case No.
08 CV 2794 (RJS)

DAVID J. GOLD, P.C., IN HIS
CAPACITY AS ATTORNEY FOR LINCOLN
FINANCIAL SERVICES AND ASHWOOD
FINANCIAL, INC. and LINCOLN
FINANCIAL SERVICES, INC. and
ASHWOOD FINANCIAL INC.,

              Defendants.

----------------------------------X

**ANSWER AND
COUNTERCLAIMS**

    Defendants, DAVID J. GOLD, P.C., IN HIS CAPACITY AS ATTORNEY FOR LINCOLN FINANCIAL SERVICES AND ASHWOOD FINANCIAL, INC. and LINCOLN FINANCIAL SERVICES, INC. and ASHWOOD FINANCIAL INC., by DAVID J. GOLD, P.C., their attorney, as and for their Answer and Counterclaims to plaintiff's Summons in a Civil Action and Complaint and Jury Demand, alleges as follows:

    **FIRST**:        With respect to paragraph marked "1" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**SECOND:**        With respect to paragraph marked "2" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**THIRD:**        With respect to paragraph marked "3" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**FOURTH:**        With respect to paragraph marked "4" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**FIFTH:**        With respect to paragraph marked "5" of plaintiff's Complaint and Jury Demand, defendants admit the allegation set forth therein.

**SIXTH:**        With respect to paragraph marked "6" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and will move the Court to strike all allegations which are wholly irrelevant to the pending litigation.

**SEVENTH:**        With respect to paragraph marked "7" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**EIGHTH:**        With respect to paragraph marked "8" of plaintiff's Complaint and Jury Demand, defendants deny

knowledge or information sufficient to form a belief as to the allegations set forth therein.

**NINTH:**          With respect to paragraph marked "9" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**TENTH:**          With respect to paragraph marked "10" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**ELEVENTH:**          With respect to paragraph marked "11" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWELFTH:**          With respect to paragraph marked "12" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**THIRTEENTH:**          With respect to paragraph marked "13" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully

refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**FOURTEENTH:** With respect to paragraph marked "14" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**FIFTEENTH:** With respect to paragraph marked "15" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**SIXTEENTH:** With respect to paragraph marked "16" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**SEVENTEENTH:** With respect to paragraph marked "17" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**EIGHTEENTH:** With respect to paragraph marked "18" of plaintiff's Complaint and Jury Demand, defendants

deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**NINETEENTH**:        With respect to paragraph marked "19" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTIETH**:        With respect to paragraph marked "20" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-FIRST**:        With respect to paragraph marked "21" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-SECOND**:        With respect to paragraph marked "22" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-THIRD**:          With respect to paragraph marked "23" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-FOURTH**:          With respect to paragraph marked "24" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-FIFTH**:          With respect to paragraph marked "25" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-SIXTH**:          With respect to paragraph marked "26" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-SEVENTH**:          With respect to paragraph marked "27" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and

respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-EIGHTH**:        With respect to paragraph marked "28" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refer the Court to all relevant statutes regarding their meaning and the legal effects thereof.

**TWENTY-NINTH**:        With respect to paragraph marked "29" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTIETH**:        With respect to paragraph marked "30" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTY-FIRST**:        With respect to paragraph marked "31" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTY-SECOND**:        With respect to paragraph marked "32" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTY-THIRD**:         With respect to paragraph marked "33" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTY-FOURTH**:         With respect to paragraph marked "34" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTY-FIFTH**:         With respect to paragraph marked "35" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein.

**THIRTY-SIXTH**:         With respect to paragraph marked "36" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**THIRTY-SEVENTH**:         With respect to paragraph marked "37" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**THIRTY-EIGHTH**:         With respect to paragraph marked "38" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**THIRTY-NINTH:** With respect to paragraph marked "39" of plaintiff's Complaint and Jury Demand, defendants deny knowledge or information sufficient to form a belief as to the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTIETH:** With respect to paragraph marked "40" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-FIRST:** With respect to paragraph marked "41" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-SECOND:** With respect to paragraph marked "42" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-THIRD:** With respect to paragraph marked "43" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully

refers this Court to all prior proceedings had between the parties herein.

**FORTY-FOURTH**:        With respect to paragraph marked "44" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-FIFTH**:        With respect to paragraph marked "45" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-SIXTH**:        With respect to paragraph marked "46" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-SEVENTH**:        With respect to paragraph marked "47" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-EIGHTH**:        With respect to paragraph marked "48" of plaintiff's Complaint and Jury Demand, defendants

deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FORTY-NINTH:**          With respect to paragraph marked "49" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTIETH:**          With respect to paragraph marked "50" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-FIRST:**          With respect to paragraph marked "51" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-SECOND:**          With respect to paragraph marked "52" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-THIRD**:          With respect to paragraph marked "53" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-FOURTH**:          With respect to paragraph marked "54" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-FIFTH**:          With respect to paragraph marked "55" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-SIXTH**:          With respect to paragraph marked "56" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-SEVENTH**:          With respect to paragraph marked "57" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully

refers this Court to all prior proceedings had between the parties herein.

**FIFTY-EIGHTH:** With respect to paragraph marked "58" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**FIFTY-NINTH:** With respect to paragraph marked "59" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SIXTIETH:** With respect to paragraph marked "60" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SIXTY-FIRST:** With respect to paragraph marked "61" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SIXTY-SECOND:** With respect to paragraph marked "62" of plaintiff's Complaint and Jury Demand,

defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SIXTY-THIRD:        With respect to paragraph marked "63" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SIXTY-FOURTH:        With respect to paragraph marked "64" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SIXTY-FIFTH:        With respect to paragraph marked "65" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SIXTY-SIXTH:        With respect to paragraph marked "66" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SIXTY-SEVENTH:**    With respect to paragraph marked "67" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SIXTY-EIGHTH:**    With respect to paragraph marked "68" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SIXTY-NINTH:**    With respect to paragraph marked "69" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SEVENTIETH:**    With respect to paragraph marked "70" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SEVENTY-FIRST:**    With respect to paragraph marked "71" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully

refs this Court to all prior proceedings had between the parties herein.

SEVENTY-SECOND:                 With        respect        to paragraph marked "72" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SEVENTY-THIRD:      With respect to paragraph marked "73" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SEVENTY-FOURTH:                 With        respect        to paragraph marked "74" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SEVENTY-FIFTH:      With respect to paragraph marked "75" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

SEVENTY-SIXTH:             With    respect    to    paragraph marked "76" of plaintiff's Complaint and Jury Demand,

16

defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SEVENTY-SEVENTH:** With respect to paragraph marked "77" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SEVENTY-EIGHTH:** With respect to paragraph marked "78" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**SEVENTY-NINTH:** With respect to paragraph marked "79" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**EIGHTIETH:** With respect to paragraph marked "80" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**EIGHTY-FIRST**:        With respect to paragraph marked "81" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**EIGHTY-SECOND**:        With respect to paragraph marked "82" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**EIGHTY-THIRD**:        With respect to paragraph marked "83" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**EIGHTY-FOURTH**:        With respect to paragraph marked "84" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

**EIGHTY-FIFTH**:        With respect to paragraph marked "85" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully

refers this Court to all prior proceedings had between the parties herein.

**EIGHTY-SIXTH:**                With respect to paragraph marked "86" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein and respectfully refers this Court to all prior proceedings had between the parties herein.

### *ANSWERING THE FIRST CLAIM FOR RELIEF*

**EIGHTY-SEVENTH:**                With respect to paragraph marked "87" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**EIGHTY-EIGHTH:**                With respect to paragraph marked "88" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**EIGHTY-NINTH:**                With respect to paragraph marked "89" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETIETH:**                With respect to paragraph marked "90" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-FIRST**:               With   respect   to   paragraph marked "91" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

### *ANSWERING THE SECOND CLAIM FOR RELIEF*

**NINETY-SECOND**:              With   respect   to   paragraph marked "92" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-THIRD**:               With   respect   to   paragraph marked "93" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-FOURTH**:              With   respect   to   paragraph marked "94" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-FIFTH**:               With   respect   to   paragraph marked "95" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-SIXTH**:               With   respect   to   paragraph marked "96" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

## *ANSWERING THE THIRD CLAIM FOR RELIEF*

**NINETY-SEVENTH:** With respect to paragraph marked "97" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-EIGHTH:** With respect to paragraph marked "98" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**NINETY-NINTH:** With respect to paragraph marked "99" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**ONE-HUNDREDTH:** With respect to paragraph marked "100" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**ONE-HUNDRED-FIRST:** With respect to paragraph marked "101" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

## *ANSWERING THE FOURTH CLAIM FOR RELIEF*

**ONE-HUNDRED-SECOND:** With respect to paragraph marked "102" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**ONE-HUNDRED-THIRD:**                With   respect   to paragraph marked "103" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.

**ONE-HUNDRED-FOURTH:**              With   respect   to paragraph marked "104" of plaintiff's Complaint and Jury Demand, defendants deny the allegations set forth therein.


*AS AND FOR A FIRST AFFIRMATIVE DEFENSE:*


**ONE-HUNDRED-FIFTH:**            Plaintiff's   Complaint and Jury Demand fails to sufficiently state a cause of action against defendants upon which relief may be granted.


*AS AND FOR A SECOND AFFIRMATIVE DEFENSE:*


**ONE-HUNDRED-SIXTH:**             Statute of limitations.


*AS AND FOR A THIRD AFFIRMATIVE DEFENSE:*


**ONE-HUNDRED-SEVENTH:**           Lack  of  subject  matter jurisdiction.

### *AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-EIGHTH:**          **Improper forum/venue.**

### *AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-NINTH:**          **Failure   to   name   an**
**indispensible party.**

### *AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-TENTH:**          **Prior action pending.**

### *AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-ELEVENTH:**          **Improper          party**
**defendants.**

### *AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-TWELFTH:**          **Any   damages   allegedly**
**sustained by plaintiff were as a result of either plaintiff**
**or  plaintiff's  counsel  contributory  negligence  in  not**

23

acting promptly after notice from plaintiff's financial institution.

### *AS AND FOR A NINTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-THIRTEENTH**:          **Laches.**

### *AS AND FOR A TENTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-FOURTEENTH**:          **Estoppel.**

### *AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-FIFTEENTH**:          **Waiver.**

### *AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE:*

**ONE-HUNDRED-SIXTEENTH**:          **Unclean hands.**

### *AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE AND BY WAY OF A FIRST COUNTERCLAIM:*

**ONE-HUNDRED-SEVENTEENTH**:          **That plaintiff has instituted this lawsuit against defendants as a means of harassment and in retaliation for defendants' attempts to collect the underlying judgment to which plaintiff has readily admitted owing.**

24

**ONE-HUNDRED-EIGHTEENTH**:          That as a result of the
foregoing, defendants have been damaged in a sum to be
determined by the trier of fact, but not less than
$ 100,000.00.

### *AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE*
### *AND BY WAY OF A SECOND COUNTERCLAIM:*

**ONE-HUNDRED-NINETEENTH**:          That as a result of
plaintiff's litigation herein, defendant, David J. Gold,
P.C., may have lost a client and lost substantial income.

**ONE-HUNDRED-TWENTIETH**:          That as a result of the
foregoing, defendants have been damaged in a sum to be
determined by the trier of fact, but not less than
$ 500,000.00.

WHEREFORE, defendants, DAVID J. GOLD, P.C., IN HIS
CAPACITY AS ATTORNEY FOR LINCOLN FINANCIAL SERVICES AND
ASHWOOD FINANCIAL, INC. and LINCOLN FINANCIAL SERVICES,
INC. and ASHWOOD FINANCIAL INC., demand judgment dismissing
plaintiff's Summons in a Civil Action and Complaint and
Jury Demand, and on their first counterclaim, in a sum to
be determined by the trier of fact, but not less than
$ 100,000.00, and on their second counterclaim, in a sum to
be determined by the trier of fact, but not less than

$ 500,000.00, together with the costs, disbursements and attorney's fees in defending this action, and for such other and further relief as the Court may deem just and proper.

Yours, etc.,

DAVID J. GOLD, P.C.
(DJG 4912)
Attorney for Defendants
Office and P.O. Address
116 John Street, Suite 3110
New York, New York 10038-3411
Tel.: (212) 962-2910
Fax:  (212) 962-2919
EMail: djgpcesq1@aol.com

TO:   JOHN C. GRAY, ESQ.
      South Brooklyn Legal
        Services, Inc.
      Attorneys for Plaintiff
      Office and P.O. Address
      105 Court Street
      Brooklyn, New York 11201
      Tel.: (718) 237-5500
      Fax:  (718) 855-0733

### *AFFIDAVIT OF SERVICE*

STATE OF NEW YORK            )

COUNTY OF NEW YORK           ) ss.:

  LOUISE SAUER, being duly sworn, deposes and says:

  I reside in New York, New York.

  I am over the age of 18 years and am not a party to the within action.

   On Tuesday, April 29, 2008, I served the annexed:

#### *ANSWER AND COUNTERCLAIMS*

upon JOHN C. GRAY, ESQ. – SOUTH BROOKLYN LEGAL SERVICES, INC., the persons named therein as the attorneys for the named plaintiff, in the following manner:

  By mailing the same in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, via regular mail, addressed to the last known address of the addressee(s) as indicated below (the address designated by said party as his/her address):

105 Court Street
New York, New York  11201

Sworn to before me this
Tuesday, April 29, 2008.

_____
NOTARY PUBLIC
*DAVID J. GOLD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4872791
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 9/15/2010*

LOUISE SAUER

DAVID J. GOLD, P.C.

CASE NO.:          08 CV 2794 (RJS)
CALENDAR NO.:
DJGPC FILE NO.:    1104129


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================================

DIANE MICELI,

                                        PLAINTIFF,


                    -AGAINST-

DAVID J. GOLD, P.C., IN HIS CAPACITY AS ATTORNEY FOR LINCOLN
FINANCIAL SERVICES AND ASHWOOD FINANCIAL, INC. AND LINCOLN
FINANCIAL SERVICES, INC. AND ASHWOOD FINANCIAL INC.,

                                        DEFENDANTS.


================================================================

                 *ANSWER AND COUNTERCLAIMS*

================================================================

   Pursuant TO 22 NYCRR 130-1.1, the undersigned, an attorney admitted to

practice in the courts of New York State certifies that, upon information

and belief and reasonable inquiry, the contentions contained in the annexed

              document are not frivolous.


              _____
              DAVID J. GOLD, P.C. (DG-4912)
              ATTORNEY FOR LEFENDANTS
              OFFICE & P.O. ADDRESS, TELEPHONE
              116 JOHN STREET, SUITE 3110
              NEW YORK, NEW YORK 10038-3411
              TEL.: (212) 962-2910
              FAX:  (212) 962-2919
              E-MAIL: DJGPCESQ1@AOL.COM