UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE MICELI,

              Plaintiff,

-v-

DAVID J. GOLD, P.C., *et al.*,

              Defendants.

DAVID J. GOLD, P.C., *et al.*,

              Third Party Plaintiffs,

-v-

CAPITOL ONE BANK (USA), N.A., *et al.*,

              Third Party Defendants.

No. 08 Civ. 2794 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

RICHARD J. SULLIVAN, District Judge:

    At the conference on May 22, 2008, the Court adopted the following schedule:

> Defendants shall submit a status letter to the Court on or before June 6, 2008, indicating whether defendants will withdraw the third party complaint.

> If defendants choose not to withdraw the third party complaint, substitute counsel for plaintiff and counsel for third party defendants shall each enter a notice of appearance, and submit a proposed briefing schedule on a motion to dismiss the third party complaint, on or before June 20, 2008.

SO ORDERED.

Dated:    May 22, 2008
              New York, New York

                                                  _____
                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE