LAW OFFICES OF
# DAVID J. GOLD, P.C.
116 JOHN STREET
SUITE 2203
NEW YORK, NEW YORK 10038-3411

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/08

TEL.: 212.962.2910
FAX: 212.962.2919
EMAIL: DJGPCESQ1@AOL.COM

HAND DELIVERED

**MEMO ENDORSED**

Thursday, June 05, 2008

HONORABLE JUDGE RICHARD J. SULLIVAN
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

RE: DAVID J. GOLD, P.C., et al. adv. DIANE MICELI
    DJGPC File No.: 1104129
    Case No.: 08 CIV. 2794 (RJS)

Dear Honorable Judge Sullivan:

In furtherance of the conference held on Thursday, May 22, 2008, after careful consideration of the issues raised and discussed, defendants are willing at this time to discontinue the third-party action against plaintiff's attorneys without prejudice, in connection with the above-entitled matter.

Defendants hereby request three (3) weeks to amend their Answer and Counterclaims to assert more definitive and detailed allegations therein. Thank you.

Very truly yours,

DAVID J. GOLD

DJG/ls

cc: South Brooklyn Legal Services, Inc.
    Attorneys for Plaintiff
    Via Facsimile Only: 718.855.0733

SO ORDERED
Dated: 6/7/08
RICHARD J. SULLIVAN
U.S.D.J.