

LAW OFFICES OF
# DAVID J. GOLD, P.C.
116 JOHN STREET
SUITE 2203
NEW YORK, NEW YORK 10038-3300

TEL.: 212.962.2910
FAX: 212.962.2919
EMAIL: DJGPCESQ1@AOL.COM





DELIVERED VIA UNITED LAWYERS SERVICE

Wednesday, July 09, 2008

HONORABLE JUDGE RICHARD J. SULLIVAN
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

RE: DAVID J. GOLD, P.C., et al. adv. DIANE MICELI
DJGPC File No.: 1104129
Case No.: 08 CIV. 2794 (RJS)

Dear Honorable Judge Sullivan:

Please be advised that the above-entitled matter shall appear on the Court's status conference calendar on Friday, August 01, 2008, at 11:30 A.M.

Inasmuch as I will be on vacation at that time, I am hereby requesting an adjournment to Wednesday, August 13, 2008, in the morning, if that date is convenient with the Court. I have consulted with opposing counsel and they are agreeable to the adjournment. Thank you.

Very truly yours,

DAVID J. GOLD

DJG/ls

cc: South Brooklyn Legal Services, Inc.
    Attorneys for Plaintiff
    Via Facsimile Only: 718.855.0733

SO ORDERED.
Dated: 7/16/08
RICHARD J. SULLIVAN
U.S.D.J.