UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE MICELI,

                Plaintiff,

-v-

DAVID J. GOLD, P.C., et al.,

                Defendants.

No. 08 Civ. 2794 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of plaintiff's pre-motion letter, dated July 15, 2008, requesting a pre-motion conference on her anticipated motion to dismiss the counterclaims. The Court is also in receipt of defendants' response, dated July 23, 2008.

    The Court shall address plaintiff's request at the conference currently scheduled for Wednesday, August 13, 2008 at 11:30 a.m.

SO ORDERED.

Dated:    July 28, 2008
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE