UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DIANE MICELI,

           Plaintiff,

-v-

DAVID J. GOLD, P.C., LINCOLN FINANCIAL
SERVICES, INC., and ASHWOOD FINANCIAL
INC.,

           Defendants.

No. 08 Civ. 2794 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the parties in this action, together with counsel, shall appear for a settlement conference on Tuesday, September 9, 2008 at 3:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the principals(s) for defendants Lincoln Financial Services, Inc. and Ashwood Financial Inc. may participate by videoteleconference, provided that a request to that effect must be submitted in writing to, and granted by, the Court on or before September 2, 2008.

SO ORDERED.

Dated:      August 14, 2008
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE