LAW OFFICES OF
# DAVID J. GOLD, P.C.

NEW YORK, NEW YORK 10038-3300



TEL.: 212.962.2910
FAX: 212.962.2919
EMAIL: DJGPCESQ1@AOL.COM

HAND DELIVERED

Tuesday, August 19, 2008

**MEMO ENDORSED**

HONORABLE JUDGE RICHARD J. SULLIVAN
UNITED STATES DISTRICT COURT
500 Pearl Street, Room 615
New York, New York   10007

RE:   DAVID J. GOLD, P.C., et al. adv. DIANE MICELI
      DJGPC File No.: 1104129
      Case No.: CV 08 2794 (RJS)

Dear Honorable Judge Sullivan:

In furtherance of the Court's Order of August 14, 2008, the principals of defendants hereby request permission to participate by video teleconference during the settlement conference on Tuesday, September 09, 2008 at 3:30 p.m., in connection with the above-entitled matter.

Thank you.

SO ORDERED
Dated: 8/21/08
RICHARD J. SULLIVAN
U.S.D.J.

Very truly yours,

DAVID J. GOLD

DJG/ls

cc:   South Brooklyn Legal Services
      Att: John C. Gray, Esq.
      Attorneys for Plaintiff
      Via Facsimile Only: 718.855.0733